CANNADY v. HERRINGTON et al.

FISH, C. J. The judge did not abuse his discretion in granting an interlocutory injunction and appointing a receiver.

*Judgment affirmed. All the Justices concur.*

Argued February 15,—Decided August 11, 1908.

Injunction. Before Judge Rawlings. Emanuel superior court. September 28, 1907.

*Saffold & Larsen,* for plaintiff in error. *Williams & Bradley, A. F. Lee, Evans & Evans,* and *Smith & Kirkland,* contra.